UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07CV3802 |
| Plaintiff, | ) |
| v. | ) JUDGE GAUGHAN |
| DEERPATH INTERNATIONAL, INC., DEERPATH CORPORATION, and LYDIA DEMSKI, | ) ORDER |
| Defendant. | ) |

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that:

1. the Relator's Complaint, the Government's Notice of Election to Intervene and this Order be unsealed;

2. Contemporaneously with the this Order, the United States is filing a voluntary dismissal subject to payment;

3. all other papers or Orders on file in this matter shall remain under seal;

4. the seal be lifted on all other matters occurring in this action after the date of this Order;

5. all orders of this Court shall be sent to the United States; and that

IT IS SO ORDERED,


This <u>16th</u> day of September, 2011.

                                           /s/ Patricia A. Gaughan
                                           United States District Judge